IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0155 SI |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] STIPULATED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| MICHAEL McCANT, | ) | |
| Defendant. | ) | |

The defendant Michael McCant made his initial appearance before this Court on March 22, 2011. At that appearance the parties agreed to conditions of release, including electronic monitoring. This Court adopted the parties' recommended conditions and released Mr. McCant on March 22nd.

In this stipulated order the defense represents that there have been no violations of Mr. McCant's conditions of pretrial release. Mr. McCant has made his initial appearance before the Honorable Susan Illston, and is working with his counsel on the defense of the case. The defense further represents that Mr. McCant has pre-existing injuries to his legs, that appear to be aggravated by the electronic monitoring bracelet.

Therefore, the defense has moved this Court to modify the conditions of pretrial release and lift the condition of electronic monitoring. AUSA Robin Harris has spoken with the

1  supervising Pretrial Services Officer in the case, and has no objection to this proposed
2  modification.
3      Therefore, for good cause shown the Court strikes the condition of Mr. McCant's
4  pretrial release requiring electronic monitoring. Mr. McCant shall contact Pretrial Services to
5  have the monitoring bracelet removed. All other conditions of pretrial release shall remain in
6  effect.

8  IT IS SO ORDERED.

10   5/27/11
    DATED                              JOSEPH C. SPERO
11                                      United States Magistrate Judge

13  IT IS SO STIPULATED.

15   May 23, 2011                        /s
    DATED                              MELINDA HAAG
16                                      United States Attorney
                                       Northern District of California
17                                      ROBIN HARRIS
                                       Assistant United States Attorney
18

20   May 23, 2011                        /s
21  DATED                              BARRY J. PORTMAN
                                       Federal Public Defender
22                                      Northern District of California
                                       STEVEN G. KALAR
23                                      Assistant Federal Public Defender

*McCant*, CR 11-0155 SI
ORD. MODIFYING PRETRIAL RELEASE         2